```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 20628
   CASPER L JEFFRIES
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0940
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/23/05 and confirmed on 08/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20875.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
```
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID           PAID
---
ECAST SETTLEMENT CORPORA  UNSECURED        4596.44          .00        4596.44
CITIBANK NA               UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       13113.47          .00       13113.47
WASHINGTON MUTUAL BANK    SECURED             .00           .00            .00
         Summary of disbursements:
---
                SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---
TOTAL CLMS ALLOWED  .00          .00      17709.91         .00       17709.91
PRINCIPAL PAID      .00          .00      17709.91         .00       17709.91
INTEREST PAID       .00          .00           .00         .00            .00
TOTAL PAID          .00          .00      17709.91         .00       17709.91
```
The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $    803.20 .

Refunds to the Debtor totaled $   1161.89 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                  /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 05 B 20628 CASPER L JEFFRIES
```